IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAKITA MURPHY**  **PLAINTIFF**
**ADC #710981**

V.   NO. 3:21-cv-133-DPM-ERE

**N. FAUST,** *et al.*   **DEFENDANTS**

### ORDER

For screening purposes, Plaintiff Jakita Murphy has stated: (1) excessive-force claims against Defendants P. Malott and Boggs and (2) corrective-inaction claims against Defendant N. Faust. *Doc. 2* Accordingly, service is proper.

Plaintiff has filed a motion to clarify and correct, asking the Court to clarify why documentation she submitted on July 1, 2021, for this lawsuit was filed in *Murphy v. Herrington, et al.*, No. 1:19-cv-00013-KGB (E.D. Ark.). *Doc. 3*. She also asks that her case name be corrected to *Murphy v. Faust*. *Doc. 3*. On July 1, 2021, a docket note was entered in *Murphy v. Herrington, et al.* that her filing fee was paid in full. None of the documents filed in this lawsuit have been filed in *Murphy v. Herrington, et al.* Furthermore, the title of this case is *Murphy v. Faust*. Accordingly, her motion to clarify and correct (*Doc. 3)* must be denied.

IT IS THEREFORE ORDERED THAT:

1.  The Clerk of Court is directed to prepare a summons for Defendants

Faust, Malott, and Boggs. The United States Marshal is directed to serve copies of the Complaint, with any attachments (*Doc. 2*), and a summons for Defendants Faust, Malott, and Boggs through the Arkansas Division of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

    2.    The motion to clarify and correct (*Doc. 3*) is DENIED.

IT IS SO ORDERED this 21st day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE