# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAKITA MURPHY**  **PLAINTIFF**
**ADC #710981**

**V.**            **NO. 3:21-cv-133-DPM-ERE**

**NURZUHAL FAUST,** *et al.*            **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Jakita Murphy's motion for an extension of time to file her response to the Defendants' motion for partial summary judgment. *Doc. 20*. In her motion, Ms. Murphy explains that she needs additional time to respond to the Defendants' motion because she does not have access to a notary who can notarize statements that she seeks to include in her response. However, the Court does not require that statements be notarized. Rather, any statement may be made under penalty of perjury as provided for by statute by including the following statement before the date and signature: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct." 28 U.S.C. § 1746.

IT IS THEREFORE ORDERED THAT:

1. Ms. Murphy's motion (*Doc. 20*) is GRANTED. Ms. Murphy's response to the Defendants' motion for partial summary judgment is now due by December 27, 2021.

2. The Clerk is instructed to update the docket sheet to reflect the full names of Defendants Faust, Malott, and Boggs – Nurzuhal Faust, Pamela Malott, and Cody Boggs.

DATED this 13th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE