IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAKITA MURPHY**
**ADC #710981**                                                                              **PLAINTIFF**

v.                                      No. 3:21-cv-133-DPM-ERE

**NURZUHAL FAUST, Warden, McPherson**
**Unit, ADC; PAMELA MALOTT, Sgt.,**
**McPherson Unit, ADC; and CODY**
**BOGGS, Cpl., McPherson Unit, ADC**                             **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 26*, and overrules Murphy's objections, *Doc. 27*. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, *Doc. 16*, granted. Murphy's claims against Defendants Faust and Boggs will be dismissed without prejudice for failure to exhaust.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2022