IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAKITA MURPHY**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #710981**

v.　　　　　　　　　　No. 3:21-cv-133-DPM-ERE

**PAMELA MALOTT, Sgt.,**
**McPherson Unit, ADC**　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 34*, and overrules Murphy's objections, *Doc. 37*. FED. R. CIV. P. 72(b)(3). Murphy's motion for a temporary restraining order, *Doc. 32*, is denied. *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (*per curiam*).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2022