IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAKITA MURPHY
ADC #710981                                                           PLAINTIFF

v.                        No. 3:21-cv-133-DPM

PAMELA MALOTT, Sgt.,
McPherson Unit, ADC                                                   DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 57*, and overrules Murphy's objections, *Doc. 58*. Fed. R. Civ. P. 72(b)(3). Malott's motion for summary judgment, *Doc. 40*, is granted. Murphy's motion for summary judgment, *Doc. 48*, is denied.

Murphy's claims against Malott in her personal capacity will be dismissed with prejudice. The claims against her in her official capacity will be dismissed without prejudice. Motion for status update, *Doc. 62*, granted. The Court directs the Clerk to send Murphy a copy of the docket sheet.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2023