IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAKITA MURPHY
ADC #710981                                                                PLAINTIFF

v.                              No. 3:21-cv-133-DPM

NURZUHAL FAUST, Warden, McPherson
Unit, ADC; PAMELA MALOTT, Sgt.,
McPherson Unit, ADC; and CODY
BOGGS, Cpl., McPherson Unit, ADC                                DEFENDANTS

## JUDGMENT

Murphy's claims against Malott in her personal capacity are dismissed with prejudice. Murphy's remaining claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2023